UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PETITION OF PAUL LILE, as
Owner of a 1988 11' Boston Whaler,
hull identification number
BWCL4445L788, her engines,
tackle, and appurtenances,

     Petitioner,

                                        Case No.:   2:23-cv-1197-JES-KCD

_____/

## ORDER

Before the Court is Petitioner's Amended Motion for Entry of Order Approving Ad Interim Stipulation and Directing Issuance of Monition and Injunction (Doc. 10) and Amended Ad Interim Stipulation (Doc. 9).

Petitioner filed a Petition for Exoneration from or Limitation of Liability regarding a 1988 11' Boston Whaler, bearing hull identification number BWCL4445L788 (the "Vessel"), pursuant to 46 U.S.C. § 30501, *et seq.* and Supplemental Rule F, for damages, injuries, or fatalities caused by or resulting from an incident occurring on or about May 21, 2023, in the navigable waters at or near Naples, Florida (the "Petition") (Doc. 1.)

The Petition states the value of Petitioner's interest in the Vessel does not exceed $4,000, supported by an Affidavit of Value. (Docs. 1, 1-1.) Further, and in accordance with Supplemental Rule F(1), Petitioners filed an Amended

Ad Interim Stipulation of Value not less than or equal to the amount or value of their interest in the vessel and pending freight, if any, as required by the rules of this Court and by the law, specifically Rule F(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims for the Federal Rules of Civil Procedure. (Doc. 9.).

In addition, Petitioner filed a Letter of Undertaking ("LOU") signed by a representative of Geico Boats US, as security for any claims stemming from the incident. (Doc. 9-1.) In its LOU, Geico states that it will guarantee payment of any potential obligations in this action up to $4,000, together with costs and interest at six percent. (*Id.* at 1.) Based upon these representations, the Petitioner now requests that the Court (1) approve the security; (2) issue a monition and notice to all potential claimants; and (3) impose an injunction under Supplemental Rule F precluding the further prosecution of any proceedings against the Petitioner arising from any claims subject to limitation. (Doc. 10.)

Upon consideration, the Motions (Docs. 9, 10) are sufficiently supported and are **GRANTED**. Accordingly, it is hereby **ORDERED**:

1. The Petitioner's Motion for Entry of Order Approving Amended Ad Interim Stipulation and Directing Issuance of Monition and Injunction (Doc. 10) is **GRANTED**.

2

2. The Amended Ad Interim Stipulation for the value of the Vessel, in the amount of $4,000, together with costs within the meaning of Supplemental Rule F(1), and with annual interest at six percent, filed by the Petitioner as principal and Geico as surety, is accepted as adequate security and is approved as to form and quantum. (*See* Docs. 9, 9-1.)

3. This Court, upon motion, shall cause due appraisement of such value and may thereupon order the said security increased or reduced to carry out the provisions of 46 U.S.C. § 30501, *et seq*. for death, personal injuries, property damage, or any other claims resulting from the incident that occurred on May 21, 2023, referred to in the Petition.

4. If the amount of the Amended Ad Interim Stipulation is not disputed by any claimant, the Amended Ad Interim Stipulation shall stand as a stipulation for value and an appraisal shall not be required.

5. The Monition (Doc. 10-1) will enter separately.

6. The commencement or further prosecution of any action or proceeding against the Petitioner, the Vessel, or other property of the Petitioner with respect to any claims for which the Petitioner seeks exoneration from or limitation of liability herein, including any claim arising out of or incident to or connected with any loss, damage, injury, death, or

destruction, more fully described in the amended complaint, be and the same is hereby restrained, stayed, and enjoined until the hearing and determination of this action.

7. By **February 20, 2024**, all persons or entities claiming damage for any and all loss, destruction, damage, injuries, and/or death allegedly as a result of the occurrences and happenings recited in the complaint must file their respective claims with the clerk of this court and serve on or mail to plaintiffs' counsel copies thereof. By the same date, all persons or entities presenting claims and desiring to contest the allegations of the complaint must file an answer to the complaint in this court and must serve on or mail to plaintiffs' counsel copies thereof or be defaulted. The **Clerk** is **DIRECTED** to issue the attached notice of petition.

8. Publication of the aforesaid notice in the form required by Supplemental Rule F(4) be published in a newspaper of general circulation in Collier County area once a week for four (4) successive weeks prior to the date fixed for the filing of claims, and copies of the notice shall also be mailed in accordance with Supplemental Rule F.

9. Service of this Order as a restraining order may be made through the Post Office by mailing a confirmed copy thereof to the person or

persons to be restrained, or to their respective attorneys, or alternatively, by hand delivery.

**ORDERED** in Fort Myers, Florida this January 5, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies: All Parties of Record