# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

## IN ADMIRALTY

### Case No.: 2:23-cv-01197

IN RE:

PETITION OF PAUL LILE, as owner
of a 1988 11' Boston Whaler, hull
identification              number
BWCL4445L788, her engines, tackle,
and appurtenances,

_____Petitioner._____/

## <u>MONITION</u>

TO THE MARSHAL OF THE UNITED STATES OF AMERICA FOR THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA:

TO THE MARSHAL OF THE UNITED STATES OF AMERICA FOR THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA:

WHEREAS, a Complaint has been filed in the United States District Court for the

Middle District of Florida, Fort Myers Division, by Petitioner Paul Lile, as owner of a

1988 11' Boston Whaler, hull identification number BWCL4445L788, her engines,

tackle, and appurtenances (the "Vessel"), seeking exoneration from, or limitation of,

their liability concerning any and all personal injury, property damage, destruction or other

losses occasioned by or arising out of the alleged incident set forth in the aforesaid

Complaint, for reasons and causes in said Complaint, and praying that a Monition and

Injunction for those reasons be issued, and that all persons or corporations claiming any

and all personal injury, property damage, destruction or other losses, caused by or resulting from the alleged incident set forth in the Complaint be thereby cited to appear and file their respective claims with the Clerk of this Court, and to make due process thereof and citing them to file their answers to the Complaint and all the proceedings be had, if it shall appear that Petitioner is not liable for any personal injury, property damage, destruction or other losses, it may be so finally decreed by this Court; and,

WHEREAS, Petitioner has filed herein an *Ad Interim* Stipulation for Costs and Value, representing the value of the Petitioner's interest in the subject Vessel, and within fifteen (15) days after the entry of an Order herein appraising the value of the Petitioner's interest in the Vessel, Petitioner will pay the amount so fixed into this Court or will file with the Court a stipulation for value in the usual form and with approved surety;

YOU ARE THEREFORE COMMANDED TO CITE PERSONS OR CORPORATIONS, in respect of which the Petitioner seeks limitation, to file their respective claims with the Clerk of this Court and to serve on or mail to the Petitioner's attorneys copies thereof on or before **February 20, 2024,** and citing such claimants to appear and respond to the Complaint herein on or before **February 20, 2024**, or within such time as the Court may grant and what you have done in the premises do you then make return to the Court with this writ.

DONE AND ORDERED in Fort Myers, Florida on this 5th day of January 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies furnished to:
Charles S. Davant, Esquire
Brandon Bushway, Esquire

3