```
            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF FLORIDA
                 FORT MYERS DIVISION
```

PETITION OF PAUL LILE, as
Owner of a 1988 11' Boston
Whaler, hull identification
number BWCL4445L788, her
engines, tackle, and
appurtenances,

        Petitioner,

                              Case No:  2:23-cv-1197-JES-KCD

_____

**ORDER**

    This matter comes before the Court on petitioner's Unopposed Motion for Entry of Final Default Judgment of Exoneration Against All Non-Appearing Potential Claimants (Doc. #23) filed on February 22, 2024.

    On December 19, 2023, a Petition for Exoneration from or Limitation of Liability (Doc. #1) was filed regarding a vessel in navigable waters.  On January 5, 2024, the Magistrate Judge accepted petitioner's Amended Ad Interim Stipulation of Value and Stipulation for Costs (Doc. #9), directed publication, and enjoined further prosecution.  (Doc. #11.)  On February 2, 2024, a Notice of Filing Proof of Publication and Compliance with Court Order (Doc. #14) was filed along with an Affidavit indicating publication in the Business Observer for four consecutive weeks.  Claimants Donald Deubler and Susan Morris filed timely claims.  (Docs. ## 15, 17.)  On February 21, 2024, a Clerk's default was

requested and granted as to all non-appearing potential claimants. (Docs. ## 20, 21.) The Clerk issued an Entry of Default (Doc. #22) on February 22, 2024. Having reviewed the allegations in the Complaint, and finding all prerequisites have been met, Fed. R. Civ. P. 55(a), the Court will grant the motion.

Accordingly, it is hereby

**ORDERED**:

Petitioner's Unopposed Motion for Entry of Final Default Judgment of Exoneration Against All Non-Appearing Potential Claimants (Doc. #23) is **GRANTED**. The Clerk shall enter a default judgment against all non-appearing claimants who have failed to plead or otherwise defend. The case otherwise remains pending.

**DONE and ORDERED** at Fort Myers, Florida, this ___23rd___ day of February 2024.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record